Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−30230−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Blanca A Jackson
   dba 246 Events LLC, fka Blanca Abigail
   Mejia
   14 Melrose Terrace
   Linden, NJ 07036
Social Security No.:
   xxx−xx−2891
Employer's Tax I.D. No.:
   81−3716167

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Blanca A Jackson</u>
         Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: December 1, 2022
JAN: dlr

                                   <u>Jeanne Naughton, Clerk</u>