| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Blanca A Jackson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2891<br>EIN   81–3716167 |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–30230–VFP | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Blanca A Jackson
> dba 246 Events LLC, fka Blanca Abigail Mejia

12/9/22

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Blanca A Jackson  
    Debtor

Case No. 19-30230-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 09, 2022      Form ID: 3180W      Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blanca A Jackson, 14 Melrose Terrace, Linden, NJ 07036-3712 |
| 518532533 | + | American Express Legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 518532540 | + | Borrowers First, 1114 Lost Creek Boulevard, Suite 220, Austin, TX 78746-6374 |
| 518532543 | + | Cash Flow Partners, 277 Fairfield Road, Suite 103, Fairfield, NJ 07004-1931 |
| 518532546 | + | Circleback, Attn: Marketplace Loan Trust, 10824 SE Oak Street, Milwaukie, OR 97222-6694 |
| 518532552 | | Global Client Solutions LLC, 4343 S. 118th Ave, Suite 220, Tulsa, OK 74146 |
| 518619793 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 518532553 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 518532554 | + | JH Portfolio Debt Equities, LLC, 21800 Oxnard St, FL 5, Woodland Hills, CA 91367-3633 |
| 518532556 | + | Jack Vilella, Esq, 225 Broadway, Suite 2008, New York, NY 10007-3737 |
| 518532559 | + | LoanDepot, PO Box 9225, Old Bethpage, NY 11804-9225 |
| 518532560 | + | Magalys Mejia, 14 Melrose Terrace, Linden, NJ 07036-3712 |
| 518532561 | + | Marco A. Mejia, 108 Wilkinson Ave, Jersey City, NJ 07305-3673 |
| 518532563 | | Mercedes-Benz Financial Services, P.O 483538, Fort Worth, TX 76177 |
| 518532562 | + | Mercedes-Benz Financial Services, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 518568467 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518532568 | #+ | Pura R. Traverso, 15 Floyd Street, Jersey City, NJ 07306-3509 |
| 518532569 | + | Ragan & Ragan, 3100 Route 138 West, Building One, Belmar, NJ 07719-9021 |
| 518532570 | + | Recovery Management Solutions LLC, 485 Cayuga Road, Buffalo, NY 14225-1368 |
| 518532571 | + | Rodolfo Mejia, 14 Melrose Terrace, Linden, NJ 07036-3712 |
| 518533766 | + | Roy Jackson, 14 Melrose Terr., Linden, NJ 07036-3712 |
| 518532573 | + | Selip & Stylianou, LLP, 10 Forest Ave, Paramus, NJ 07652-5238 |
| 518532574 | + | Suntrust Bank, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 519123424 | + | TIAA, FSB, LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 519123425 | + | TIAA, FSB, LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 32452, TIAA, FSB LoanCare, LLC 23452-4262 |
| 518587534 | + | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202-5147 |
| 518532577 | + | Third Round LP, PO Box 41955, Austin, TX 78704-0033 |
| 518532578 | | Velocity Investment LLC, 1800 NJ-34, 404a, Belmar, NJ 07719 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-30230-VFP    Doc 55    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 63 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 518532534 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2022 21:11:19 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518532536 | + | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518532537 | + | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518532539 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 09 2022 21:11:05 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 518532538 | ^ | MEBN | Dec 09 2022 21:09:04 | Best Egg, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518532541 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238 |
| 518532542 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 518532558 | | Email/Text: gtercero@crossriver.com | Dec 09 2022 21:12:00 | LoanDepot, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 518553073 | + | EDI: AIS.COM | Dec 10 2022 01:53:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518532544 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Dec 09 2022 21:13:00 | Central Portfolio Control, 10249 Yellow Circle Road, Suite 200, Hopkins, MN 55343-9111 |
| 518532545 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 09 2022 21:13:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518532547 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | CitiBank, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518646542 | + | EDI: BASSASSOC.COM | Dec 10 2022 01:53:00 | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 518532548 | ^ | MEBN | Dec 09 2022 21:08:29 | D & A Services, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 518532549 | | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, Wilmington, DE 19850 |
| 518547835 | | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518532550 | + | Email/Text: data_processing@fin-rec.com | Dec 09 2022 21:12:00 | Financial Recovery Services, INC., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518532551 | + | Email/Text: clientservices@glassmountaincapital.com | Dec 09 2022 21:12:00 | Glass Mountain Capital LLC, 1930 Thoreau Drive, Suite 100, Schaumburg, IL 60173-4179 |
| 518532555 | | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850 |
| 518569030 | + | Email/Text: RASEBN@raslg.com | Dec 09 2022 21:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518981827 | | Email/Text: legaldivision@kheaa.com | Dec 09 2022 21:12:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518981828 | | Email/Text: legaldivision@kheaa.com | Dec 09 2022 21:12:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518532557 | + | EDI: LENDNGCLUB | Dec 10 2022 01:53:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 518532564 | + | EDI: NAVIENTFKASMSERV.COM | Dec 10 2022 01:53:00 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |

Case 19-30230-VFP    Doc 55    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 63 |

| 518532565 | + EDI: NAVIENTFKASMDOE.COM | Dec 10 2022 01:53:00 | Navient- U.S. Department of Education Loan Se, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518532566 | + EDI: AGFINANCE.COM | Dec 10 2022 01:53:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519561221 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2022 21:12:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518532567 | + Email/Text: pcabkt@phillips-cohen.com | Dec 09 2022 21:12:00 | Philips & Cohen Associates, Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518627401 | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518532572 | + Email/Text: bankruptcy@rubinrothman.com | Dec 09 2022 21:12:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518532575 | + Email/Text: bankruptcy@bbandt.com | Dec 09 2022 21:12:00 | Suntrust Bank, PO Box 620548, Orlando, FL 32862-0548 |
| 518532576 | + EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony bank/ TJX CO, PO Box 965015, Orlando, FL 32896-5015 |
| 518532579 | + EDI: CKSFINANCIAL.COM | Dec 10 2022 01:53:00 | Webcollex, LLC dba CKS Financial, 505 Independence Parkway, Suite 300, Chesapeake, VA 23320-5178 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561222 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518532535 | ##+ | Anchor Law, 609 SW 8th Street Ste 600, Bentonville, AR 72712-8706 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James French | |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 63

| | |
|---|---|
| | on behalf of Creditor TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melinda D. Middlebrooks | on behalf of Debtor Blanca A Jackson middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Shauna M Deluca | on behalf of Creditor TIAA FSB sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8