Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−30230−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Blanca A Jackson
   dba 246 Events LLC, fka Blanca Abigail Mejia
   14 Melrose Terrace
   Linden, NJ 07036

Social Security No.:
   xxx−xx−2891

Employer's Tax I.D. No.:
   81−3716167

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 11, 2023</u>            <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court